**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**DANIEL D. FINK, individually and as
Personal Representative of the Estate of
Caleb D. Fink, deceased, for the benefit of
his survivors and the Estate,**

    **Plaintiff,**

v.                                                     Case No. 1:23-cv-63-AW-ZCB

**ALACHUA COUNTY SHERIFF'S
OFFICE, et al.,**

    **Defendants.**

_____/

## ORDER DISMISSING FICTITIOUS DEFENDANTS

The court has considered Plaintiff's response to the court's order regarding fictitious defendants. ECF No. 26. Plaintiff has not shown that the claims as currently pleaded are appropriate, so the claims against the fictitious defendants are dismissed. *See Richardson v. Johnson*, 598 F.3d 734, 738 (11th Cir. 2010).

Discovery will soon begin, though, if it has not already. ECF No. 29. And this dismissal is without prejudice to Plaintiff's seeking a later amendment to name additional defendants.

SO ORDERED on August 30, 2023.

                                                        s/ *Allen Winsor*
                                                        United States District Judge