UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL D. FINK,

    Plaintiff,

v.

WELLPATH, LLC, *et al.*,

    Defendants.

Case No. 1:23-cv-63-AW-ZCB

## NOTICE OF APPEARANCE AS CO-COUNSEL

Please take notice that James M. Slater of Slater Legal PLLC appears as co-counsel on behalf of Plaintiff Daniel D. Fink, Personal Representative of the Estate of Caleb D. Fink. The certificate of service for all pleadings, orders, and other papers in this action should include **James M. Slater** at Slater Legal PLLC, 113 S. Monroe Street, Tallahassee, Florida 32301 and james@slater.legal.

Dated: September 8, 2023.

    Respectfully submitted,

    */s/ James M. Slater*
    James M. Slater (FBN 111779)
    SLATER LEGAL PLLC
    113 S. Monroe Street
    Tallahassee, Florida 32301
    james@slater.legal
    Tel.: (305) 523-9023
    *Co-Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on September 8, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: /s/ *James M. Slater*
James M. Slater