IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DANIEL D. FINK, individually and as Personal Representative of the Estate of Caleb D. Fink,**

    **Plaintiff,**

**v.**                                                Case No. 1:23-cv-63-AW-ZCB

**WELLPATH, LLC; CLOVIS WATSON, JR., in his official capacity as Sheriff of Alachua County, Florida; and WATSON W. LOUIDOR,**

    **Defendants.**

_____/

## ORDER DENYING AS MOOT MOTION TO DISMISS

Because Plaintiff has filed an amended complaint, ECF No. 34, the motion to dismiss (ECF No. 32) is DENIED as moot.

SO ORDERED on September 12, 2023.

                                                             s/ *Allen Winsor*
                                                             United States District Judge