UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

Case No.: 1:23-cv-00063-AW-ZCB

DANIEL D. FINK, individually and as
Personal Representative of the Estate of
CALEB D. FINK, deceased, on behalf
of the Estate and Survivors,

     Plaintiff,

vs.

WELLPATH, LLC a foreign limited liability
company;  CLOVIS WATSON JR., in his
official capacity as Sheriff of Alachua County,
Florida, and WATSON W. LOUIDOR, individually

     Defendants.

_____/

## CORPORATE DISCLOSURE STATEMENT OF WELLPATH, LLC.

Pursuant to Rule 7.1, Fed. R. Civ. P., Defendant, WELLPATH, LLC ("Wellpath") makes the following disclosure:

1. Defendant, Wellpath is a non-governmental corporate party to the above-styled action.

2. Defendant, Wellpath does not have any parent corporation or any publicly held corporation owning 10% or more of its stock.

1

3.  Defendant understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Respectfully submitted this 12th day of September, 2023.

_/s/ Jeffery R. Lawley_____
Jeffery R. Lawley, Esq.
Florida Bar No.: 0596027
Email: jrl@bclmr.com
BILLING, COCHRAN, LYLES,
   MAURO & RAMSEY, P.A.
Las Olas Square, Ste. 600
515 East Las Olas Boulevard
Fort Lauderdale, FL  33301
Tel: 954-764-7150
Fax: 954-764-7279
***Attorneys for Wellpath, LLC***

I HEREBY CERTIFY that on this 11th day of September, 2023, that this document is being filed electronically and service shall be through the Court's CM/ECF transmission facilities on all person appearing before the court.

By: _/s/ Jeffery R. Lawley_____
Jeffery R. Lawley, Esq.
Fla. Bar No. 0596027
jrl@bclmr.com

2