UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL D. FINK,

    Plaintiff,

v.

WELLPATH, LLC, *et al.*,

    Defendants.

Case No. 1:23-cv-63-AW-ZCB

## *UNOPPOSED* MOTION FOR LEAVE TO FILE PETITION AND SUPPORTING DOCUMENTS UNDER SEAL

Plaintiff's counsel, Orlando Sheppard of Burns Sheppard Favors ("Sheppard") and James M. Slater of Slater Legal PLLC ("Slater"), move this Honorable Court for leave to permit them to file a Verified Petition to Approve Attorney Fee Contract In Accordance With The Rules Regulating The Florida Bar, and their supporting documents under seal, and state as follows:

### I. BACKGROUND

1. On September 8, 2023, Slater appeared in this case on behalf of Plaintiff shortly after executing an agreement with Sheppard and Plaintiff to represent Plaintiff in this litigation as co-counsel.

2. On that same date, Sheppard and Slater executed a co-counsel agreement setting forth their shared responsibilities in this case on behalf of Plaintiff.

3. As part of the representation agreement, the parties recognized and agreed that Sheppard and Slater would jointly represent Plaintiff in this matter and stated their intent to divide attorney's fees in this case such that, subject to the Court's approval, the allocation would deviate from 75%-25% fee limitation of Rule 4-1.5(f)(4)(D), Rules Regulating the Florida Bar.

## II. ARGUMENT

Rule 4-1.5(f)(4)(D) requires lawyers not in the same firm to divide a contingency fee involving personal injury such that the lawyer assuming primary responsibility for the legal services receives a minimum of 75% of the total fee and the lawyer assuming secondary responsibility receives a maximum of 25%. Rule (f)(4)(D)(iii) provides that the 25% limitation will not apply to those cases in which 2 or more lawyers or firms accept substantially equal active participation in the providing of legal services, and that in those circumstances counsel must apply to a court for authorization of a fee division in excess of 25%.

Plaintiff's attorneys have prepared a petition to apply to this Honorable Court for judicial approval of their fee agreement under Rule 4–1.5(f)(4)(D)(iii) (the "Petition"). According to the Rule, "[t]he application for authorization of the contract may be filed as a separate proceeding before suit or simultaneously with the filing of a complaint, or within 10 days of execution of a contract for division of fees when new counsel is engaged. Proceedings on these applications may occur before service of process on any party <u>and this aspect of the file may be sealed</u>." *Id*. (emphasis added). *See, e.g., Navelski v. Int'l Paper Co.*, 2015 WL 13652759, at *2 (N.D. Fla. Jan. 8, 2015) (petition by separate law firms to divide fees and their motion to seal petition granted).

WHERFORE, pursuant to Rule 4–1.5(f)(4)(D)(iii), Rules Regulating the Florida Bar, Sheppard and Slater request that the Court permit leave to file the Petition and accompanying representation documents under seal. Defendants do not oppose the relief requested herein.

Dated: September 13, 2023.

                                        Respectfully submitted,

                                        <u>*/s/ Orlando Sheppard*</u>
                                        Orlando Sheppard (FBN 118424)
                                        Burns Sheppard Favors
                                        121 S. Orange Avenue, Suite 1500
                                        Orlando, Florida 32801
                                        orlando@bsflegal.com
                                        Tel. (833) 778-7359

-and-

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Plaintiff*

## Local Rule 7.1(B) Certification

I hereby certify that I conferred with counsel for Defendants Wellpath, LLC and Sheriff Watson, Jr. by email. Defendants stated that they do not oppose the relief requested herein.

By: */s/ James M. Slater*
James M. Slater

## Certificate of Compliance with Local Rule 7.1(F)

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains 455 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

By: */s/ James Slater*
James Slater