IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DANIEL D. FINK, individually and as Personal Representative of the Estate of Caleb D. Fink,**

    **Plaintiff,**

**v.**                                          Case No. 1:23-cv-63-AW-ZCB

**WELLPATH, LLC; CLOVIS WATSON, JR., in his official capacity as Sheriff of Alachua County, Florida; and WATSON W. LOUIDOR,**

    **Defendants.**

_____/

## ORDER GRANTING UNOPPOSED MOTION TO FILE PETITION UNDER SEAL

The unopposed motion for leave to file petition and supporting documents under seal (ECF No. 38) is GRANTED. The plaintiff may file the referenced documents with the clerk, who will maintain them under seal.

SO ORDERED on September 19, 2023.

                                                   s/ *Allen Winsor*
                                                   United States District Judge