# VERIFIED RETURN OF SERVICE

Job # T233445

### Client Info:

Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL  32301

### Case Info:

**PLAINTIFF:**
DANIEL D. FINK
  -versus-
**DEFENDANT:**
WELLPATH, LLC; ET AL.

UNITED STATES DISTRICT COURT

Court Case # **1:23-CV-63-AW-ZCB**

### Service Info:

**Received by Harely Ahrens: on October, 5th 2023 at 10:34 AM**
**Service:** I Served **WATSON LOUIDOR**
**With: SUMMONS IN A CIVIL ACTION; CONSENTED FIRST AMENDED COMPLAINT FOR DAMAGES; JURY TRIAL DEMANDED; CIVIL COVER SHEET**
by leaving with **Watson Louidor, INDIVIDUALLY**

**At Other 3449 S.W. STATE ROAD 26 TRENTON, FL 32693**
Latitude: **29.611420**,   Longitude: **-82.864219**

On **10/9/2023** at **02:50 PM**
**Manner of Service: 0. INDIVIDUAL**
INDIVIDUAL SERVICE WAS PERFORMED BY DELIVERING TO THE WITHIN NAMED PERSON A TRUE COPY OF THIS PROCESS, WITH THE DATE AND HOUR OF SERVICE ENDORSED BY ME. AT THE SAME TIME, I DELIVERED THE WITHIN NAMED PERSON A COPY OF THE COMPLAINT, PETITION, OR OTHER INITIAL PLEADING OR PAPER.

### Served Description:  (Approx)

Age: **50**, Sex: **Male**, Race: **Black**, Height: **5' 9"**, Weight: **175**, Hair: **Bald** Glasses:  **Yes**
Other: I served Watson louidor who stated his name and accepted documents

### Service was Attempted on:

**(1) 10/6/2023** at **11:05 AM**, by **Harely Ahrens** Loc: **4131 NORTHWEST 13TH STREET, SUITE 206, Gainesville, FL 32609**
Latitude: **29.690833**    Longitude: **-82.338494**
**Notes:** The door is locked pictures will show what is on the door. no hours listed

I **Harely Ahrens** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*Harley Ahrens*

**Harely Ahrens**

**Accurate Serve of Tallahassee**
400 Capital Circle SE, Suite 18291
Tallahassee, FL 32301

Client # T233445
Ref # G196874




1 of 1