UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL D. FINK,

    Plaintiff,

v.

WELLPATH, LLC, *et al.*,

    Defendants.

Case No. 1:23-cv-63-AW-ZCB

## NOTICE REGARDING SERVICE OF PROCESS

Pursuant to paragraph 1 of the Court's Scheduling and Mediation Order (Doc. 47), Plaintiff Daniel D. Fink gives notice that Defendant Watson Louidor was served on October 9, 2023. (*See* Doc. 48).

Dated: October 13, 2023.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*/s/ Orlando Sheppard*
Orlando Sheppard (FBN 118424)
Burns Sheppard Favors
121 S. Orange Avenue, Suite 1500
Orlando, Florida 32801
orlando@bsflegal.com
Tel. (833) 778-7359

*Attorneys for Plaintiff*