UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL D. FINK,

    Plaintiff,

v().

EMERY A. GAINEY, *et al.*,

    Defendants.

Case No. 1:23-cv-63-AW-ZCB

## **NOTICE OF SETTLEMENT AS TO SHERIFF GAINEY ONLY**

Pursuant to Local Rule 16.2, Plaintiff Daniel D. Fink hereby gives notice that he has settled his claims against Alachua County Sheriff Emery A. Gainey. This notice does not affect Defendant Watson Louidor, who will remain in this case.

Counsel for Plaintiff and the Sheriff are in the process of drafting their settlement papers and anticipate dismissing Sheriff Gainey for Counts I-III in the operative Amended Complaint with prejudice, with Plaintiff and Sheriff Gainey to each bear their own fees and costs, within the next 45 days.

Dated: February 13, 2024

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

Orlando Sheppard (FBN 118424)
Burns Sheppard Favors
121 S. Orange Avenue, Suite 1500
Orlando, Florida 32801
orlando@bsflegal.com
Tel. (833) 778-7359

*Attorneys for Plaintiff*

2