IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DANIEL D. FINK, individually and as
Personal Representative of the Estate of
Caleb D. Fink,**

    **Plaintiff,**

v.                                                           Case No. 1:23-cv-63-AW-ZCB

**WELLPATH, LLC; CLOVIS WATSON,
JR., in his official capacity as Sheriff of
Alachua County, Florida; and WATSON
W. LOUIDOR,**

    **Defendants.**

_____/

## ORDER REGARDING SETTLEMENT

Plaintiff and Defendant Sheriff Gainey have settled. ECF No. 55. All deadlines regarding Defendant Gainey are stayed. The court will dismiss the claims against Sheriff Gainey without further notice unless, within 45 days, the parties file a joint stipulation of dismissal[1] or any party shows why the court should not dismiss those claims.

SO ORDERED on February 14, 2024.

                                                 s/ *Allen Winsor*
                                                 United States District Judge

---

[1] The joint stipulation will only be effective if signed by *all* parties who have appeared. *See* Rule 41(a)(1)(A)(ii); *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1036 (11th Cir. 2023).