Start: 2:03 p.m.
Stop: 2:28 p.m.

## UNITED STATES DISTRICT COURT
## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No: | 1:23-cv-63-AW | Date: 03-22-2024 |
| Title: | Fink et al. v Wellpath LLC et al. | |

**DOCKET ENTRY:**

Telephonic Motion Hearing
ECF No. 57 - Motion for Extension of Time to Complete Discovery

**PRESENT:** Honorable ALLEN C WINSOR, District Judge

| | |
|---|---|
| TiAnn Stark | Dawn Savino  (USDC-FLND) |
| Deputy Clerk | Court Reporter |
| James Slater, Orlando Sheppard | Richard Ramsey, Edward Skorupa |
| Attorney for Plaintiff(s) | Attorneys for Defendant(s) |

**PROCEEDINGS:**

**2:03 p.m.**     **Court called to order**

Arguments presented by both parties

ECF No. 57, Motion to Extend, granted in part

Discovery extended to 5/31/24, Summary Judgment deadline extended to 6/21/24, Jury Trial moved to 11/6/24

Telephonic Status Conference to be set for late April

Written order to follow

**2:28 p.m.**     **Court adjourned**