IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DANIEL D. FINK, individually and as
Personal Representative of the Estate of
Caleb D. Fink,**

    **Plaintiff,**

v.                                          Case No. 1:23-cv-63-AW-ZCB

**WELLPATH, LLC; CLOVIS WATSON,
JR., in his official capacity as Sheriff of
Alachua County, Florida; and WATSON
W. LOUIDOR,**

    **Defendants.**

_____/

## ORDER REGARDING SCHEDULE

This order confirms the rulings from today's telephonic hearing. The motion for extension (ECF No. 57) is GRANTED in part. The discovery deadline is extended to May 31, 2024. The summary-judgment deadline is 21 days thereafter. The clerk will reset the trial for the trial period beginning November 6, 2024.

The clerk will set a telephonic status conference for late April.

SO ORDERED on March 22, 2024.

                                                    s/ *Allen Winsor*
                                                    United States District Judge