UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL D. FINK,

    Plaintiff,

v.

EMERY A. GAINEY, *et al.*,

    Defendants.

Case No. 1:23-cv-63-AW-ZCB

## NOTICE OF SETTLEMENT AS TO WATSON LOUIDOR

Pursuant to Local Rule 16.2, Plaintiff Daniel D. Fink hereby gives notice that he has settled his claims against Defendant Watson Louidor, the last remaining defendant in this case. Accordingly, Mr. Fink asks that the Court vacate all pending deadlines and administratively close this case while the parties finalize their settlement papers. The parties anticipate filing a stipulation of dismissal as to Mr. Louidor with each party bear their own fees and costs, within the next 45 days. Counsel for Mr. Louidor has reviewed this notice and approves its filing.

Dated: March 25, 2024

    Respectfully submitted,

    */s/ James M. Slater*
    James M. Slater (FBN 111779)
    Slater Legal PLLC
    113 S. Monroe Street
    Tallahassee, Florida 32301
    james@slater.legal
    Tel. (305) 523-9023

Orlando Sheppard (FBN 118424)
Burns Sheppard Favors
121 S. Orange Avenue, Suite 1500
Orlando, Florida 32801
orlando@bsflegal.com
Tel. (833) 778-7359

*Attorneys for Plaintiff*

2