IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL D. FINK, individually and as
Personal Representative of the Estate of
Caleb D. Fink,

    Plaintiff,

v.                                        Case No. 1:23-cv-63-AW-ZCB

WELLPATH, LLC; CLOVIS WATSON,
JR., in his official capacity as Sheriff of
Alachua County, Florida; and WATSON
W. LOUIDOR,

    Defendants.
_____/

## ORDER REGARDING SETTLEMENT

Plaintiff and Defendant Watson Louidor have settled. ECF No. 64. All deadlines regarding Defendant Louidor are stayed. The court will dismiss the claims against Louidor without further notice unless, within 45 days, the parties file a joint stipulation of dismissal[1] or any party shows why the court should not dismiss those claims. The clerk will remove the April 30 hearing from the calendar.

SO ORDERED on March 26, 2024.

                                                s/ *Allen Winsor*
                                                United States District Judge

---

[1] The joint stipulation will only be effective if signed by *all* parties who have appeared. *See* Rule 41(a)(1)(A)(ii); *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1036 (11th Cir. 2023).