IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL D. FINK, individually and as
Personal Representative of the Estate of
Caleb D. Fink,

    Plaintiff,

v.                                                        Case No. 1:23-cv-63-AW-ZCB

WELLPATH, LLC; CLOVIS WATSON,
JR., in his official capacity as Sheriff of
Alachua County, Florida; and WATSON
W. LOUIDOR,

    Defendants.
_____/

**ORDER ACKNOWLEDGING DISMISSAL
OF ACTION AGAINST SHERIFF GAINEY**

The parties have filed a joint stipulation of dismissal with prejudice as to the claims against Sheriff Gainey. ECF No. 66. All parties have signed, and the stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *Plains Growers, Inc. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 253 (5th Cir. 1973) (explaining that Rule 41(a)(1) permits dismissal against individual defendants, "even though the action against another defendant would remain pending"); *see also Rosell v. VMSB, LLC*, 67 F.4th 1141, 1144 n.2 (11th Cir. 2023). This order confirms that the case has been dismissed against Sheriff Gainey. Future filings should omit Sheriff Gainey from the case style.

1

SO ORDERED on April 1, 2024.

                                                s/ *Allen Winsor*
                                                United States District Judge