UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DANIEL D. FINK, individually and as
Personal Representative of the Estate of
Caleb D. Fink,**

    **Plaintiff,**

v.                                                  Case No.: 1:23-cv-63-AW-ZCB

**EMERY A. GAINEY, in his official capacity
as Sheriff of Alachua County, Florida;
and WATSON W. LOUIDOR,**

    **Defendants.**

_____ /

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST WATSON LOUIDOR WITH PREJUDICE

The parties, by and through their respective undersigned counsel, hereby jointly stipulate to the dismissal of all claims against Watson Louidor, with prejudice, with each party to bear their own expenses, fees, and costs, in accordance with Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

*[Signatures to Follow]*

Respectfully submitted this 9th day of May 2024.

*/s/ James M. Slater*
**JAMES M. SLATER**
Florida Bar No. 111779
james@slater.legal
**SLATER LEGAL PLLC**
113 S. Monroe Street
Tallahassee, Florida 32301
Tel.: (305) 523-9023

*/s/ Orlando Sheppard*
**ORLANDO SHEPPARD**
Florida Bar No. 118424
orlando@bsflegal.com
**BURNS SHEPPARD FAVORS**
121 S. Orange Avenue, Suite 1500
Orlando, Florida 32801
Tel.: (833) 778-7359

*Attorneys for Plaintiff*

*/s/ Matthew J. Carson\**
**MATTHEW J. CARSON**
Florida Bar No. 0827711
mcarson@sniffenlaw.com
**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, FL 32301
Telephone: (850) 205-1996

*Attorneys for Sheriff Gainey and Robert Stafford*

*/s/ Richard E. Ramsey\**
**RICHARD E. RAMSEY**
Florida Bar No. 715026
RRamsey@WickerSmith.com
**EDWARD C. SKORUPA**
Florida Bar No. 1050759
ESkorupa@WickerSmith.com
**WICKER SMITH O'HARA MCCOY & FORD, P.A.**
50 N Laura St., Suite 2700
Jacksonville, FL 32202
Telephone: (904) 355-0225

*Attorneys for Watson W. Louidor*

*/s/ Jeffrey R. Lawley\**
**JEFFERY R. LAWLEY**
Florida Bar No.: 0596027
Email: jrl@bclmr.com
**BILLING, COCHRAN, LYLES, MAURO & RAMSEY, P.A.**
Las Olas Square, Ste. 600
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Tel: 954-764-7150

*Attorneys for Wellpath, LLC*

---

\*Signed by James Slater with written permission.

2