IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DANIEL D. FINK, individually and as
Personal Representative of the Estate of
Caleb D. Fink,**

    **Plaintiff,**

v.                                                                                    Case No. 1:23-cv-63-AW-ZCB

**WELLPATH, LLC, et al.,**

    **Defendants.**

_____/

**ORDER ACKNOWLEDGING DISMISSAL OF ACTION AGAINST
WATSON LOUIDOR, DIRECTING ENTRY OF FINAL JUDGMENT,
AND APPROVING MOTION REGARDING FEES**

The parties have filed a joint stipulation of dismissal with prejudice as to the claims against Watson Louidor. ECF No. 68. All parties have signed, and the stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *Plains Growers, Inc. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 253 (5th Cir. 1973) (explaining that Rule 41(a)(1) permits dismissal against individual defendants, "even though the action against another defendant would remain pending"); *see also Rosell v. VMSB, LLC*, 67 F.4th 1141, 1144 n.2 (11th Cir. 2023).

This order confirms that the case has been dismissed against Watson Louidor. A similar earlier order confirmed that the case had been dismissed against Sheriff Gainey. ECF No. 67. The remaining Defendant—Wellpath, LLC—prevailed on a

1

motion to dismiss. *See* ECF No. 53. Thus, all claims have been resolved. The clerk will enter a judgment that says, "Plaintiff's claims against Defendant Wellpath, LLC, are dismissed on the merits for failure to state a claim."

The motion to approve the fee arrangement (ECF No. 41) is GRANTED.

The clerk will close the file.

SO ORDERED on May 13, 2024.

s/ *Allen Winsor*
United States District Judge