IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL D. FINK, individually and as
Personal Representative of the Estate of
Caleb D. Fink,

    Plaintiff,

v.                                                                            Case No. 1:23-cv-63-AW-ZCB

WELLPATH, LLC, et al.,

    Defendants.
_____/

## JUDGMENT

Plaintiff's claims against Defendant Wellpath, LLC, are dismissed on the merits for failure to state a claim.

                                                       JESSICA J. LYUBLANOVITS
                                                       CLERK OF COURT

<u>May 13, 2024</u>                                                s/ KELLI MALU
Date                                                              Deputy Clerk: Kelli Malu